| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transferring Court)*<br>CR-21-01925-002-TUC-RM (JR) |
|---|---|
| | DOCKET NUMBER *(Receiving.Court)*<br>4:24-cr-00049-SEP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Wesley Alan Bastin<br>Rolla, Missouri | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Rosemary Marquez<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM 4/20/2023 | TO 4/19/2026 |

OFFENSE

U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(a)(1)(B)(ii): Transportation of Illegal Aliens

---

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Wesley Alan Bastin, be transferred with the records of this Court to the United States District Court for the Eastern District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 28, 2023
Date

*/s/ Rosemary Márquez*
Honorable Rosemary Márquez
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 1, 2024
Effective Date

*/s/ Sarah E. Pitlyk*
United States District Judge